**UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

RE: YOLANDA JORDAN                           ) Case No. 18 B 30371
                                             )
                                      Debtor ) Chapter 13
                                             )
                                             ) Judge: JACQUELINE P COX

## NOTICE OF MOTION

YOLANDA JORDAN                                          CUTLER & ASSOC
                                                        via Clerk's ECF noticing procedures
9302 S EGGLESTON AVE
CHICAGO, IL 60620

Please take notice that on February 04, 2019 at 10:30 am my designee or I will appear before the Honorable Judge JACQUELINE P COX at 219 South Dearborn Courtroom 680, Chicago, IL and present the motion set forth below.

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail at 55 E Monroe St., Chicago, IL or by the methods indicated on January 09, 2019.

/s/ Tom Vaughn

## TRUSTEE'S MOTION TO DISMISS FOR UNREASONABLE DELAY

Now comes Tom Vaughn, Trustee in the above entitled case and moves the Court to dismiss this case in support thereof states:

1. On October 29, 2018 the Debtor filed a petition and plan under Chapter 13 of Title 11 U.S.C.

2. That the above-captioned plan has not yet been confirmed.

3. That the Debtor has caused unreasonable delay that is prejudicial to creditors by failing to:

Amend J for $200/mo storage and the tax proration at $511 per month and amend plan - #2 .3 - tax submit language.

WHEREFORE, the Trustee prays that this case be dismissed for unreasonable delay by the debtor pursuant to 11 U.S.C. § 1307 (c) (1).

Respectfully submitted,

TOM VAUGHN                                              /s/ Tom Vaughn
CHAPTER 13 TRUSTEE
55 E. Monroe Street, Suite 3850
Chicago, IL 60603
(312) 294-5900